DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7027
    Kristina.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-MJ-70903 MAG |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM AUGUST 24, 2020 TO SEPTEMBER 28, 2020 AND [PROPOSED] ORDER |
| v. | |
| JOEL FRANCIS LABRADOR, | |
| Defendant. | |

    A status conference is set in the above-referenced matter for August 24, 2020. It is hereby stipulated by and between counsel for the United States and counsel for the defendant Joel Francis Labrador, that the status conference set for August 24, 2020 be continued to September 28, 2020, and that time be excluded under the Speedy Trial Act from August 24, 2020 through September 28, 2020.

    The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that defense counsel may continue to prepare, including by reviewing the discovery already produced, and to allow for further plea discussions. For these reasons, the parties stipulate and agree that excluding time until September 28, 2020 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by

excluding the time from August 24, 2020 through September 28, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 21, 2020 /s/ Kristina Green
Kristina Green
Assistant United States Attorney

DATED: August 21, 2020 /s/ Gabriela Bischof
Gabriela Bischof
Counsel for Defendant Joel Francis Labrador

# [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court CONTINUES the status conference in this case to September 28, 2020.

The Court further finds that failing to exclude the time from August 24, 2020 through September 28, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that the ends of justice served by the continuance and excluding the time from August 24, 2020 to September 28, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 24, 2020 through September 28, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  8/21/2020

Hon. Thomas S. Hixson
United States Magistrate Judge